UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DUANE CARL WINQUIST,

      Petitioner,                                  Case No. 2:16-CV-182

v.                                                HON. GORDON J. QUIST

ROBERT NAPEL,

      Respondent.
                                             /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

        The Court has reviewed Magistrate Judge Timothy P. Greeley's November 14, 2018, Report and Recommendation recommending that Petitioner's petition for writ of habeas corpus be denied and that the Court deny Petitioner a certificate of appealability. The Report and Recommendation was duly served on Petitioner on November 15, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

        **THEREFORE, IT IS HEREBY ORDERED** that the November 14, 2018, Report and Recommendation (ECF No. 19) is approved and adopted as the Opinion of the Court, and Petitioner's habeas petition (ECF No. 1) is **DENIED**.

        **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

        A separate judgment will enter.

        This case is **concluded**.

Dated: December 13, 2018                                      /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE